BDB:WAB

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIM. NO. 1:CR-16-041 |
| | ) |
| v. | ) (Judge Rambo) |
| | ) |
| | ) (Electronically Filed) |
| RICARDO REYES | ) |

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

(Disorderly Conduct)

Beginning on or about June 3, 2015 up through and including June 4, 2015, in Cumberland County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**RICARDO REYES,**

within the special maritime and territorial jurisdiction of the United States, that is, at DLA Distribution Susquehanna, did recklessly create a risk of public inconvenience, annoyance and alarm by creating a physically offensive condition by any act which serves no legitimate

purpose of the defendant by intentionally touching the buttocks of three co-workers at the DLA without their permission and did persist in said conduct after reasonable warning and request to desist.

All in violation of Title 18, United States Code, Section 13; Title 18, Pa.C.S.A. § 5503 (a)(4).


BRUCE D. BRANDLER
UNITED STATES ATTORNEY

BY:

_____
WILLIAM A. BEHE
Assistant United States Attorney

Date: 10-5-16